Lee Ann KAY, parent of Mason Kay, a minor, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2008–5068.

United States Court of Appeals, Federal Circuit.

June 10, 2008.

Ronald C. Homer, Kevin P. Conway, Conway, Homer & Chin–Caplan, P.C., Boston, MA, for Petitioners–Appellants.

Lynn E. Ricciardella, Linda S. Renzi, Department of Justice, Washington, DC, for Respondent–Appellee.

**ORDER**

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due on or before July 3, 2008.

In re: DATAMIZE, L.L.C., Petitioner.

Miscellaneous Docket No. 870.

United States Court of Appeals, Federal Circuit.

June 11, 2008.

DYK, Circuit Judge.

*ORDER*

Upon consideration of the parties' joint motion to dismiss Datamize, L.L.C.'s petition for a writ of mandamus,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.